THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBUR LEWIS, Appellant.— Appeal dismissed on call of calendar, no record or brief having been filed and there being no appearance for the appellant. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GASPARE MARCHESE, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of carrying a dangerous weapon in violation of section 1897 of the Penal Law, reversed on the law and the facts and a new trial ordered, upon the ground that the defendant's guilt was not proved beyond a reasonable doubt.— Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JADIE MILLER, Appellant.— Appeal dismissed on call of calendar, no record or brief having been filed and there being no appearance for the appellant. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OAKLEY MORRIS, Appellant.— Appeal dismissed on call of calendar, no record or brief having been filed and there being no appearance for the appellant. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.